Case: 1:21-mj-00700
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/22/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

### *Background*

1.　　As described herein, a federal law enforcement investigation has revealed that Defendants Abubakr Banire ("BANIRE"), Christopher Akinduro ("AKINDURO"), and Kavon Duncan ("DUNCAN") (collectively, the "DEFENDANTS") each participated in the distribution and possession with intent to distribute marijuana, a controlled substance, in and around Washington, D.C. and the surrounding area. Further investigation has revealed that BANIRE, AKINDURO, and DUNCAN have each possessed one or more firearms in furtherance of the distribution and possession with intent to distribute marijuana. As detailed below, BANIRE and AKINDURO have each also possessed a firearm with a Glock switch, which allows a conventional semi-automatic Glock pistol to function as a fully automatic firearm, in furtherance of the distribution and possession with intent to distribute marijuana.

2.　　As described below, BANIRE, AKINDURO, and DUNCAN have made numerous social media posts in connection with the distribution of marijuana in and around Washington, D.C. since the beginning of 2021. Additionally, all three appear to be connected to one another, based on their common association with LA Dank and DC Dank, a group of persons involved in the distribution of large quantities of marijuana in and around Washington, D.C. and other locations.

3.　　On December 21, 2021, law enforcement executed a search warrant issued by the United States District Court for the District of Columbia (the "331 Search Warrant") at (1) 331 N Street NE, Unit #916, Washington, D.C. 20002 ("PREMISES 1"), and (2) 331 N Street NE, Unit #1012, Washington, D.C. 20002 ("PREMISES 2") (collectively, the "TARGET PREMISES").

4.　　The building located at 331 N Street NE, Washington, D.C. includes the Press House apartments and the WhyHotel extended stay hotel. Law enforcement previously contacted WhyHotel management and obtained records pertaining to BANIRE. WhyHotel records provide that BANIRE has been a guest at the WhyHotel since October 29, 2021. BANIRE has two units, PREMISES 1 and PREMISES 2. BANIRE booked PREMISES 1 until November 27, 2022 and PREMISES 2 until February 2022. The TARGET PREMISES are both two-bedroom units. No other guests are listed on the reservation. There are eight key fobs issued to each of PREMISES 1 and PREMISES 2, which is abnormal for guests.

5.　　WhyHotel management provided information that multiple persons are staying in the TARGET PREMISES in addition to BANIRE. WhyHotel management further provided that it is common for groups to come and go from the building to the TARGET PREMISES, and for groups to go between the TARGET PREMISES. Persons accessing the TARGET PREMISES have also been observed escorting other persons in and out of the building. In addition, persons have been observed coming to and from the TARGET PREMISES with tote bags and duffel bags. WhyHotel employees have noticed that those persons have a strong smell of marijuana. The WhyHotel has charged BANIRE additional fees due to marijuana smoke damage to the TARGET PREMISES.

6.     There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, all of the firearms and ammunition referenced herein would have traveled in interstate commerce prior to being in the possession of BANIRE, AKINDURO, and DUNCAN on or before December 21, 2021.

### Marketing and Distribution of Marijuana by BANIRE, AKINDURO, and DUNCAN

7.     BANIRE, AKINDURO, and DUNCAN have each used Instagram accounts and posts to market and distribute marijuana since at least 2021:

a.     **BANIRE's Instagram**:  Law enforcement discovered an Instagram account called "ladankswave" and determined that the owner of Instagram account was BANIRE by comparing photographs posted to the account to BANIRE's Maryland MVA photograph. During a custodial interview on December 21, 2021, BANIRE confirmed that he was the owner of the ladankswave Instagram account. BANIRE also provided that one of his nicknames is "swave." Law enforcement further discovered that BANIRE's ladankswave Instagram account has displayed numerous Instagram content related to the distribution of marijuana in and around Washington, D.C. during 2021. Multiple examples of BANIRE's Instagram content are attached as **Exhibit A**.

b.     **AKINDURO's Instagram**:  Law enforcement discovered an Instagram account called "oshaythamoney" and determined that the owner of the Instagram account was AKINDURO by comparing photographs posted to the account to AKINDURO's Maryland MVA photograph. Law enforcement further discovered that AKINDURO's oshaythamoney Instagram account has displayed numerous Instagram content related to the distribution of marijuana in and around Washington, D.C. during 2021.  Multiple examples of AKINDURO's Instagram content are attached as **Exhibit B**.

c.     **DUNCAN's Instagram**:  Law enforcement discovered an Instagram account called "babyk_10k" and determined that the owner of the Instagram account was DUNCAN by comparing photographs posted to the account to DUNCAN's Maryland identification card photograph.  Law enforcement further discovered that DUNCAN's babyk_10k Instagram account has displayed numerous Instagram content related to the distribution of marijuana in and around Washington, D.C. during 2021.  Multiple examples of DUNCAN's Instagram content are attached as **Exhibit C**.

### December 21, 2021 Search Warrant – Unit 916

8.     On December 21, 2021, pursuant to the 331 Search Warrant, law enforcement entered and searched PREMISES 1. Upon entering PREMISES 1, law enforcement located BANIRE standing inside the apartment near the entrance. Law enforcement also located another person ("PERSON 2") inside PREMISES 1, who approached from the hallway as law enforcement entered.

9.     During a custodial interview, PERSON 2 provided that he/she recently began renting a bedroom in PREMISES 1 from BANIRE approximately one and a half weeks prior. During a custodial interview, BANIRE also stated that PERSON 2 moved into PREMISES 1 approximately one and a half weeks prior.

10.     Inside PREMISES 1, law enforcement discovered a coat on the living room sofa that contained:

    a.  One Glock 19, 9mm caliber firearm, Serial No. BUBB799, in a coat pocket. The firearm was loaded with one round in the chamber and 16 rounds in a 17-round capacity magazine.  Law enforcement also discovered a Glock switch installed on the firearm.

    b.  One plastic bag containing approximately 68 grams of a leafy green substance in a coat pocket.






11.     Law enforcement previously observed BANIRE wearing the above-referenced coat on December 17, 2021, as depicted below:



12.     Law enforcement also discovered an AR pistol-style privately made firearm (PMF) inside PREMISES 1 located in a hallway closet behind a washing machine and dryer, as depicted below:





13.    Law enforcement further discovered an AR firearm magazine inside a bag in the same hallway closet where the AR-style PMF was recovered. The AR magazine was loaded with 25 .556 caliber rounds.



14.    In addition, law enforcement discovered two large bags of a leafy green substance and a small digital scale on the kitchen table inside PREMISES 1.



15.     During a custodial interview, BANIRE stated that he participates in the sale of marijuana in multiple locations. BANIRE further stated that he is in Washington, D.C. to open a clothing shop.  Law enforcement recovered a laptop inside PREMISES 1 labelled "LA Dank Exotics" with BANIRE's name on it.

 

16.     A criminal history check of BANIRE through the National Crime Information Center (NCIC) confirmed that BANIRE has two prior felony convictions in Los Angeles, California.  Specifically, on May 15, 2020, BANIRE was convicted of two felony convictions in Los Angeles Superior Court, Case No. LACBA48243001: (1) Carrying Loaded Firearm in Public, in violation of Cal. Penal Code § 25850(a); and (2) Theft and Injury of Vehicles, in violation of Cal. Penal Code § 10851(a). BANIRE was sentenced to 12 days of imprisonment and three years of probation, imposition of sentence suspended, for both felony convictions.

17.     Therefore, BANIRE was aware at the time of his arrest in this case that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

18.     Based on your affiant's training and experience, and social media posts viewed during this investigation, you affiant believes the leafy green substance recovered in PREMISES 1 to be marijuana.

19.     In summary, BANIRE was a prohibited person who possessed multiple firearms and ammunition, and possessed marijuana with the intent to distribute such controlled substance. Thus, your affiant believes there is probable cause to establish the offenses of 18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(c)(1)(A)(i); and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D).

### December 21, 2021 Search Warrant – Unit 1012

20.     On December 21, 2021, pursuant to the 331 Search Warrant, law enforcement entered and searched PREMISES 2. Upon entering PREMISES 2, law enforcement located AKINDURO standing inside the apartment near the entrance. Law enforcement also located DUNCAN inside of a bedroom closet in PREMISES 2.

21.    Inside the kitchen of PREMISES 2, law enforcement found one Glock 26, 9mm caliber firearm, Serial No. AFVD680, located inside and at the top of a trash bag on the kitchen floor. The firearm was loaded with 14 rounds in the magazine. Law enforcement also discovered a Glock switch installed on the firearm. Law enforcement also found AKINDURO's cell phone in the living room area of PREMISES 2. The kitchen of PREMISES 2 is located between the living room area and the front entrance area where AKINDURO was located.

 

22.    Inside the bedroom of PREMISES 2 where DUNCAN was located, law enforcement found one Glock 26, 9mm caliber firearm, Serial No. BKWU408, located under the bed on the floor. The firearm was loaded with one round in the chamber and 27 rounds in the magazine.



23.     Law enforcement further discovered a large black trash bag containing a large quantity of a leafy green substance in the bedroom closet where DUNCAN was located.



24.     Law enforcement also discovered a box of 9mm caliber ammunition in the living room of PREMISES 2.



25.     Law enforcement also found a bag containing approximately $18,020 in United States currency on the kitchen table inside PREMISES 2.



26.     In addition, in the kitchen of PREMISES 2, law enforcement recovered additional bags containing a leafy green substance, a digital scale, a money counting machine, and other materials related to the distribution of controlled substances. The total weight of the leafy green substance recovered from PREMISES 2 is approximately 40 pounds.

 



27.     Based on your affiant's training and experience, and social media posts viewed during this investigation, you affiant believes the leafy green substance recovered in PREMISES 2 to be marijuana.

28.     In summary, AKINDURO and DUNCAN both possessed multiple firearms and ammunition, and possessed marijuana with the intent to distribute such controlled substance. Thus, your affiant believes there is probable cause to establish the offenses of 18 U.S.C. § 924(c)(1)(A)(i); and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D).

*     *     *

_____
SPECIAL AGENT DAVID SOBECK (#28015)
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of December, 2021.*

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

## EXHIBIT 1 – BANIRE Instagram

1.      On June 23, 2021, law enforcement conducted surveillance on Instagram and observed BANIRE's Instagram account displaying an Instagram story showing two advertisements for LA Dank DMV to include a price menu for marijuana.

 

***Screenshots of BANIRE's Instagram Account Displaying
Advertisements and Marijuana Menu***

2.      On July 7, 2021, law enforcement observed the Instagram story of account ladankswave which had the words "Calling All Players To The Table, Come Turn Ya Trap Up!!, OG'S, Deps, Glues, Latos, Cookies, I know Y'all Looking For Those Farmers, But We Gonna Save You All That Time!, Bags You Can Hit Ya City For Ya Market, 30+ Bags Holla At Ya Boy." Your affiant knows through training, knowledge, and experience that BANIRE is advertising to smaller-scale marijuana dealers to purchase BANIRE's marijuana instead of finding a direct grower of marijuana. Your affiant also knows a "bag" is commonly used as slang for a pound of marijuana.



*Screenshot of BANIRE's Instagram Account Advertising Marijuana*

3.  On July 23, 2021, law enforcement observed the Instagram story of ladankswave which had a photograph with the words "ZA Bags, OG Bags, DMV, Get By The Men ASAP, @avenueethebarber, @bighawkthamoney, @oshaythamoney." Your affiant knows through training, knowledge, and experience BANIRE is directing drug customers to contact other crew members to purchase bags of marijuana.



*Screenshot of BANIRE's Instagram Account Displaying Advertisement*

4.  On August 18, 2021, law enforcement observed the Instagram story of ladankswave which displayed the words "Washington D.C.," "Get BY Me I'm Tryna Turn Ya Trap Up! Deps," and "5 Units / 5500 10 United / 10500." Your affiant knows through training, knowledge, and experience, that BANIRE is advertising to sell to smaller scale marijuana dealers and was posting quantities and prices.

2



*Screenshot of BANIRE's Instagram Account Displaying Advertisement*

5.     On August 24, 2021, law enforcement observed the Instagram story of ladankswave which displayed BANIRE with a black sweatshirt with "PINKY'S OREOZ" written on it. BANIRE was wearing a "LA Dank" necklace. A money counter, LA Dank marijuana packaging, and marijuana can be seen in the photo.



*Screenshot of BANIRE's Instagram Account with BANIRE, Money Counter,*
*and LA Dank Marijuana Packaging*

6.      Law enforcement determined that Instagram accounts linked to BANIRE were being taken down by Instagram. Law enforcement discovered a new Instagram account named dcdank_, which law enforcement believes to be a new Instagram account for BANIRE. The dcdank_ Instagram account posted a picture on November 14, 2021, with the caption "Let's Go Let's Goooo! You Know We're Doing Something Right, If Someone Keeps Reporting Our Pages! Our Telegram Is Still up! Make Sure You Click On That Link That Will Be In Our Bio! It's A Whole lotta Dank Shit Going On. And You Do Not Wanna Miss Out! Make Sure To Tell A Friend To Tell A Friend To Tell A Friend To Follow And ShareOur Page." The Instagram post was "liked" by BLYTHER's Instagram account, dcdankthamoney, as depicted below:



*Screenshot of dcdank_ Instagram Account Advertising*

7.      Law enforcement reviewed Instagram account dcdank_ and observed a post from December 12, 2021, that was tagged to Washington D.C., as depicted below. The post stated, in part, "NEW RETAIL LOCATION IN NE DC" and "OPEN 7 DAYS A WEEK." The post further stated: "CONTACT US AT 1 (213) 309-8650 OR (424)356-4611." These telephone numbers are BANIRE PHONE NUMBER 1 and BANIRE PHONE NUMBER 2, respectively.



*Screenshot of dcdank_ Instagram Account Advertising*

8.      Law enforcement conducted a public source record check which showed that BANIRE PHONE NUMBER 1 is associated with BANIRE. Law enforcement also obtained records that identified the user of BANIRE PHONE NUMBER 2 as "SWAVE B." As described above, BANIRE previously had an Instagram account named ladankswave and provided that one of his nicknames is "swave." BANIRE further provided that BANIRE PHONE NUMBER 2 is his phone number.



## EXHIBIT 2 – AKINDURO Instagram

1.    On June 13, 2021, law enforcement conducted surveillance on Instagram and observed AKINDURO's Instagram account displaying a video story of marijuana and a packaging labeled "PINKY'S OREOZ". Within the video was background music which contained the lyrics "this exotic came from LA Dank." Your Affiant knows through training, knowledge, and experience that "PINKY'S OREOZ" is a highly sought-after hybrid strain of marijuana by both drug dealers and drug users due to its potency compared to other marijuana strains.



*Screenshot from AKINDURO Instagram Story*

2.    Law enforcement further observed a photograph posted on AKINDURO's Instagram account on May 25, 2021, which displayed an individual wearing a sweatshirt that had "LOS ANGELES DANK CO."



*Screenshot from AKINDURO Instagram Photograph*

3.     On June 23, 2021, law enforcement observed an Instagram video story on AKINDURO's Instagram account that displayed the words "OKAY DMVDANK FAM TO THANK Y'ALL FOR Y'ALL CONTINUED SUPPORT, ONCE THIS PAGE HITS 1000 FOLLOWERS WE WILL BE DOING A STASH AND GRAB WHERE WE WILL PLACE KD'S, VICKS, HALFS, AND ZIPS ALL OVER THE AREA WE WILL DROP THE LOCATION AND FIRST PERSON TO GET IT. RUN THESE FOLLOWERS UP!!!! @ladankcodmv."



*Screenshot from AKINDURO Instagram Story*

Your affiant knows through training, knowledge, and experience that "KD'S, VICKS, HALFS, AND ZIPS" are slang terms for different quantities of narcotics. The common weight of a "KD" is approximately 3.5 grams, a "VICK" is approximately 7 grams, a "HALF" is approximately 14 grams, and a "ZIP" is approximately 28 grams.

4.     As referenced in **Exhibit A**, on July 23, 2021, law enforcement also observed the Instagram story of ladankswave which had a photograph with the words "ZA Bags, OG Bags, DMV, Get By The Men ASAP, @avenueethebarber, @bighawkthamoney, @oshaythamoney." Your affiant knows through training, knowledge, and experience BANIRE is directing drug customers to contact other crew members to purchase bags of marijuana, including AKINDURO via AKINDURO's Instagram account oshaythamoney.

7



***Screenshot of BANIRE's Instagram Account Displaying Advertisement Directing Customers to AKINDURO and Others***

5.      On December 10, 2021, Instagram account oshaythamoney posted a photograph of BANIRE inside a residence. The residence had distinct carpet and features. Multiple individuals can be seen partially in the photo. In the background of the photograph, clear bags of a green substance are visible on kitchen countertops and are partially covered by the image of a medal that was inserted on the photo. Through training, knowledge, and experience, your affiant believes the bags contain marijuana and that the medal image was intended to block the marijuana from view. Based on my review of this photograph and PREMISES 1, the interior of the room depicted in the photograph appears to be the interior of PREMISES 1.



***Screenshot of AKINDURO's Instagram Account with BANIRE and Marijuana***

6.      On December 14, 2021, law enforcement observed an Instagram story on AKINDURO's Instagram account advertising the sale of marijuana.




7.      On December 18, 2021, law enforcement observed another Instagram story on AKINDURO's Instagram account advertising the sale of marijuana.



*          *          *

**EXHIBIT 3 – DUNCAN Instagram**

1.    On July 23, 2021, law enforcement conducted surveillance on Instagram and observed DUNCAN's Instagram account displaying Instagram story that contained a photo of an individual wearing a LA Dank necklace and holding United States currency with bags of marijuana in his lap. Another video in the Instagram story showed the same individual with United States currency and firearm protruding from his pants pocket:



2.    On August 18, 2021, law enforcement observed DUNCAN's Instagram account post a story that contained a video of bags of marijuana followed by a post with the words "SWING MY DOOR OG BAGS & ZA BAGS TAP IN." Your affiant knows through training, knowledge, and experience that "OG BAGS & ZA BAGS" are strains of marijuana and "SWING MY DOOR" means to contact to purchase the marijuana.



11

3.      On August 21, 2021, law enforcement observed DUNCAN's Instagram account post a story that contained a video of DUNCAN wearing a green hat, white shirt and holding a firearm with an extended magazine protruding out the bottom.



4.      On August 24, 2021, law enforcement observed DUNCAN's Instagram account post a photograph of DUNCAN with United States currency scattered on the floor and bags of marijuana. There also appears to be an extended firearm magazine protruding from DUNCAN's pants in the photograph.



12

5. On August 24, 2021, law enforcement observed DUNCAN's Instagram account displaying an Instagram post of a person sitting on a counter and the words "BABYK_10K" (DUNCAN's Instagram account). The individual was holding United States currency and bags of marijuana and a money counter can be seen in the background.



6. On August 28, 2021, law enforcement observed observed DUNCAN's Instagram account post a photograph of DUNCAN standing inside a residence with a black-in-color assault rifle pistol with drum magazines.



13

7.      On September 12, 2021, law enforcement observed SUBJECT ACCOUNT 12's Instagram story which contained a post with the words "DC DANK OPEN" and "Candies And Thunder Og." Your affiant knows through training, knowledge, and experience, that "Candies" are edibles that contain Tetrahydrocannabinol ("THC") and "Thunder Og" is a marijuana strain. "DC DANK OPEN" indicates that narcotics are currently available for purchase by customers:



8.      On November 2, 2021, DUNCAN's Instagram account posted photographs of DUNCAN with multiple bags of marijuana.



9.     On December 21, 2021, law enforcement observed DUNCAN's Instagram account story with the words "ACTIVE OG ND ZA BAGS.  Your affiant knows through training, knowledge, and experience that DUNCAN is advertising that marijuana is currently available for purchase by customers.



\*     \*     \*